## 26674. AIKENS *v.* THE STATE.

MacINTYRE, J. The special grounds of the motion for new trial are abandoned in the brief of counsel for the plaintiff in error. The evidence, while circumstantial, was sufficient to exclude every other reasonable hypothesis, save the guilt of the accused. *Whittemore* v. *State,* 36 *Ga. App.* 299 (136 S. E. 806) ; *Lamb* v. *State,* 36 *Ga. App.* 306 (136 S. E. 306) ; *Wynn* v. *State,* 38 *Ga. App.* 262 (143 S. E. 599) ; *Williams* v. *State,* 41 *Ga. App.* 351 (152 S. E. 911) ; *Johnson* v. *State,* 41 *Ga. App.* 327 (152 S. E. 920) ; *Craig* v. *State,* 41 *Ga. App.* 225 (152 S. E. 494) ; *Cook* v. *State,* 33 *Ga. App.* 571 (2) (127 S. E. 156) ; *Hale* v. *State,* 50

536

*Ga. App.* 99 (176 S. E. 919). The case of *Wright* v. *State*, 48 *Ga. App.* 302 (172 S. E. 687), is differentiated on its facts from the present case.

*Judgment affirmed. Broyles, C. J., and Guerry, J., concur.*

Decided March 17, 1938.

*J. W. Dennard, C. L. Harris,* for plaintiff in error.
*Allan C. Garden, solicitor-general,* contra.